<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Axe Tactical, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Gun Gallery** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-1541135** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **10268 Beach Blvd** <br> **Jacksonville, FL 32246** <br> Number, Street, City, State & ZIP Code <br><br> **Duval** <br> County | **Mailing address, if different from principal place of business** <br><br> **18865 SR 54** <br> **116** <br> **Lutz, FL 33558** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **gungalleryjax.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

| Debtor | Axe Tactical, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| Debtor | Axe Tactical, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | List all cases. If more than 1, attach a separate list | Debtor | Axe Capital Management, LLC | Relationship | Affiliate and landlord |
|---|---|---|---|---|---|
| | | District | Tampa | When | 2/11/26 | Case number, if known | 8:26-bk-01054 |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Axe Tactical, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2026**
MM / DD / YYYY

**X** **/s/ Joseph Williams**
Signature of authorized representative of debtor

**Joseph Williams**
Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Buddy D. Ford, Esquire**        Date    **March  6, 2026**
Signature of attorney for debtor                      MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Ford & Semach, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone    **(813)877-4669**        Email address    **All@tampaesq.com**

**0654711 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Axe Tactical, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
 amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March  6, 2026**  X */s/ Joseph Williams*
             Signature of individual signing on behalf of debtor

             **Joseph Williams**
             Printed name

             **Managing Member**
             Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Axe Tactical, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Bank of the Lake 4558 Osage Beach Pkwy #100 Osage Beach, MO 65065** | | **Guns, ammo, optics, accessories.** | | $1,935,368.27 | $230,193.55 | $1,935,368.27 |
| **First Bank of the Lake 4558 Osage Beach Pkwy #100 Osage Beach, MO 65065** | | **Suncoast Credit Union - Checking - Acct# 1822** | | $1,281,138.58 | $26,954.12 | $1,254,184.46 |
| **The LCF Group, Inc 3000 Marcus Avenue Suite 2W15 New Hyde Park, NY 11042** | | **Guns, ammo, optics, accessories.** | | $416,503.38 | $230,193.55 | $416,503.38 |
| **Quick Bridge Funding LLC 4380 La Jolla Village Drive San Diego, CA 92122** | | **Guns, ammo, optics, accessories.** | | $206,411.00 | $230,193.55 | $206,411.00 |
| **Chase Bank P.O. Box 6294 Carol Stream, IL 60197-6294** | | **Business Debt** | | | | $121,000.00 |
| **Fox Funding Group 803 S. 21st Ave. Hollywood, FL 33020** | | **Guns, ammo, optics, accessories.** | | $108,611.24 | $230,193.55 | $108,611.24 |
| **Paladin Funding 333 W. Commercial Street Suite 324 East Rochester, NY 14445** | | **Guns, ammo, optics, accessories.** | | $98,879.00 | $230,193.55 | $98,879.00 |

| Debtor | **Axe Tactical, LLC** | | Case number *(if known)* | |
|--------|------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bill Johnson 50 N. Laura Street Jacksonville, FL 32202** | | **Dispute from Sale** | **Disputed** | | | **$20,000.00** |
| **First Bank of the Lake 4558 Osage Beach Pkwy #100 Osage Beach, MO 65065** | | **Guns, ammo, optics, accessories.** | | **$250,000.00** | **$230,193.55** | **$19,806.45** |
| **Lickety Split A/C, Plumbing & Electric 14125 Beach Blvd Jacksonville Beach, FL 32250** | | **Business Debt** | | | | **$15,200.00** |
| **American Express P.O. Box 981535 El Paso, TX 79998-1535** | | **Credit Card** | | | | **$10,794.08** |
| **Apple Debt Relief LLC 1508 Kings Way, Suite 2A Brooklyn, NY 11229** | | **MCA Settlement Company** | | | | **$7,544.62** |
| **Smith, Gambrell & Russell PO Box 930930 Atlanta, GA 31193** | | | | | | **$4,611.97** |
| **IPFS 3522 Thomasville Road Tallahassee, FL 32309** | | **Insurance Financing** | | | | **$4,017.18** |
| **Smith, Gambrell & Russell PO Box 930930 Atlanta, GA 31193** | | **Attorney Fees** | | | | **$1,942.50** |
| **Duval County Tax Collector 231 E. Forsyth Street Room 130 Jacksonville, FL 32202** | | **4 desks, 4 chairs, 16 folding chairs, Table, 12 file cabinets** | | **$3,393.63** | **$1,995.00** | **$1,398.63** |
| **C T Corporation System 330 N Brand Blvd., Suite 700 Glendale, CA 91203** | | **Guns, ammo, optics, accessories.** | | **Unknown** | **$230,193.55** | **Unknown** |

Debtor  **Axe Tactical, LLC**                                          Case number *(if known)*  _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CHTD Company PO Box 2576 Springfield, IL 62708** | | **Guns, ammo, optics, accessories.** | | **Unknown** | **$230,193.55** | **Unknown** |
| **Corporation Service Company As Representative PO Box 2576 Springfield, IL 62708** | | **Guns, ammo, optics, accessories.** | | **Unknown** | **$230,193.55** | **Unknown** |

**Fill in this information to identify the case:**

Debtor name    **Axe Tactical, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................   $              0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................   $        260,692.67

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................   $        260,692.67

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $       4,300,305.10

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $              0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$        185,110.35

4.  Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                                  $       4,485,415.45

Official Form 206A/B

**Fill in this information to identify the case:**

Debtor name **Axe Tactical, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$400.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Suncoast Credit Union** | **Checking** | **1822** | **$26,954.12** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | **$27,354.12**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   **JEA (utility company) deposit in the amount of $3,030.** | **Unknown** |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor **Axe Tactical, LLC**
　　　　Name

Case number *(If known)* _____

9.　**Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $0.00 |
|---|

---

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

　■ No. Go to Part 4.
　☐ Yes Fill in the information below.

---

**Part 4:** Investments

13. **Does the debtor own any investments?**

　■ No. Go to Part 5.
　☐ Yes Fill in the information below.

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

　☐ No. Go to Part 6.
　■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.　**Raw materials** | | | | |
| 20.　**Work in progress** | | | | |
| 21.　**Finished goods, including goods held for resale** Guns, ammo, optics, accessories. | **January 2, 2026** | **$230,193.55** | | **$230,193.55** |
| 22.　**Other inventory or supplies** | | | | |

23.　**Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| $230,193.55 |
|---|

24.　**Is any of the property listed in Part 5 perishable?**
　■ No
　☐ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　■ No
　☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　■ No
　☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　■ No. Go to Part 7.
　☐ Yes Fill in the information below.

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

| Debtor | **Axe Tactical, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **4 desks, 4 chairs, 16 folding chairs, Table, 12 file cabinets** | **$1,995.00** | | **$1,995.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **1 money counter, 1 security system, 2 printers, 4 monitors, 2 desktop computers, 2 Laptops, 7 safes, Drill press, 3 bench grinders, 2 dry erase boards, 10 showcase and gondalas, 4 benches, 8 shelving units, and hand tools.** | **$1,150.00** | | **$1,150.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$3,145.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Axe Tactical, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

available.

| 55.1. | **Month-to-month lease of 18865 State Road 54, Lutz, Florida 33558** | Leasehold | $0.00 | Unknown |
|---|---|---|---|---|

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark for Gun Gallery** | Unknown | | Unknown |
| 61. | **Internet domain names and websites**<br>**Gungalleryjax.com** | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties**<br>**Federal Firearms License** | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**d/b/a Gun Gallery** | $0.00 | | Unknown |
| 65. | **Goodwill** | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

Debtor    **Axe Tactical, LLC**                                          Case number *(If known)* _____
_____
Name

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Axe Tactical, LLC**
_____    Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $27,354.12 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $230,193.55 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $3,145.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $260,692.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $260,692.67 |

**Fill in this information to identify the case:**

Debtor name __**Axe Tactical, LLC**__

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  C T Corporation System**
Creditor's Name

**330 N Brand Blvd., Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Bank of the Lake**
**2. The LCF Group, Inc**
**3. Quick Bridge Funding LLC**
**4. First Bank of the Lake**
**5. Paladin Funding**
**6. Fox Funding Group**
**7. Corporation Service Company**
**8. CHTD Company**
**9. C T Corporation System**

Describe debtor's property that is subject to a lien
**Guns, ammo, optics, accessories.**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| | **Unknown** | **$230,193.55** |

**2.2  CHTD Company**
Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Guns, ammo, optics, accessories.**

Describe the lien

| | | |
|---|---|---|
| | **Unknown** | **$230,193.55** |

| Debtor | **Axe Tactical, LLC** | Case number (if known) | |
| | Name | | |

---

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Corporation Service Company** | | |

Creditor's Name

**As Representative**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**       **Unknown**       **$230,193.55**
**Guns, ammo, optics, accessories.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Duval County Tax Collector** | | |

Creditor's Name

**231 E. Forsyth Street**
**Room 130**
**Jacksonville, FL 32202**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**       **$3,393.63**       **$1,995.00**
**4 desks, 4 chairs, 16 folding chairs, Table, 12 file cabinets**

**Describe the lien**
**Tangible Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**

**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Axe Tactical, LLC**

_____    Case number *(if known)* _____
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

---

| 2.5 | **First Bank of the Lake** | | **Describe debtor's property that is subject to a lien** | $1,281,138.58 | $26,954.12 |
|---|---|---|---|---|---|

Creditor's Name

**4558 Osage Beach Pkwy
#100
Osage Beach, MO 65065**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2022**

**Last 4 digits of account number**

**9070**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**

**Suncoast Credit Union - Checking - Acct#
1822**

**Describe the lien**

**GGL 7A Standard CRE Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **First Bank of the Lake** | | **Describe debtor's property that is subject to a lien** | $250,000.00 | $230,193.55 |
|---|---|---|---|---|---|

Creditor's Name

**4558 Osage Beach Pkwy
#100
Osage Beach, MO 65065**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**9870**

**Do multiple creditors have an
interest in the same property?**

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**

**Guns, ammo, optics, accessories.**

**Describe the lien**

**GGL 7A Express C&L Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **First Bank of the Lake** | | **Describe debtor's property that is subject to a lien** | $1,935,368.27 | $230,193.55 |
|---|---|---|---|---|---|

Creditor's Name

**4558 Osage Beach Pkwy
#100
Osage Beach, MO 65065**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Guns, ammo, optics, accessories.**

**Describe the lien**

**GGL 7A Standard C&L Loan**

**Is the creditor an insider or related party?**

☑ No

---

Debtor      **Axe Tactical, LLC**                                    Case number (if known) _____
            Name

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No

                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8270**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
☐ No                                        ☐ Contingent
                                            ☐ Unliquidated
☑ Yes. Specify each creditor,               ☐ Disputed
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.8 | **Fox Funding Group** | Describe debtor's property that is subject to a lien | $108,611.24 | $230,193.55 |

Creditor's Name                             **Guns, ammo, optics, accessories.**

**803 S. 21st Ave.**
**Hollywood, FL 33020**
Creditor's mailing address                  **Describe the lien**
                                            **MCA**
                                            **Is the creditor an insider or related party?**
                                            ☑ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
**2024**                                     ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
☐ No                                        ☐ Contingent
                                            ☐ Unliquidated
☑ Yes. Specify each creditor,               ☐ Disputed
including this creditor and its
relative priority.
**Specified on line 2.1**

---

| 2.9 | **Paladin Funding** | Describe debtor's property that is subject to a lien | $98,879.00 | $230,193.55 |

Creditor's Name                             **Guns, ammo, optics, accessories.**
**333 W. Commercial Street**
**Suite 324**
**East Rochester, NY 14445**
Creditor's mailing address                  **Describe the lien**
                                            **MCA**
                                            **Is the creditor an insider or related party?**
                                            ☑ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
**2024**                                     ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
☐ No                                        ☐ Contingent
                                            ☐ Unliquidated
☑ Yes. Specify each creditor,               ☐ Disputed
including this creditor and its relative
priority.
**Specified on line 2.1**

---

Debtor    **Axe Tactical, LLC**                                                    Case number (if known) _____
_____
Name

| 2.10 | **Quick Bridge Funding LLC** | Describe debtor's property that is subject to a lien | $206,411.00 | $230,193.55 |

Creditor's Name

**Guns, ammo, optics, accessories.**

**4380 La Jolla Village Drive**
**San Diego, CA 92122**
Creditor's mailing address

**Describe the lien**
**MCA/UCC1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2024**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.11 | **The LCF Group, Inc** | Describe debtor's property that is subject to a lien | $416,503.38 | $230,193.55 |

Creditor's Name

**Guns, ammo, optics, accessories.**

**3000 Marcus Avenue**
**Suite 2W15**
**New Hyde Park, NY 11042**
Creditor's mailing address

**Describe the lien**
**MCA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2024**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,300,305.10 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CHTD Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line __2.9__ | |

---

Debtor    **Axe Tactical, LLC**
_____
Name

Case number (*if known*)    _____

| | |
|---|---|
| **Corporation Service Co**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line **2.10** |
| **CT Corporation System**<br>**330 N Brand Blvd., Ste 700**<br>**ATTN SPRS**<br>**Glendale, CA 91203** | Line **2.8** |
| **Quick Bridge Funding LLC**<br>**410 Exchange, Suite 150**<br>**Irvine, CA 92602** | Line **2.10** |
| **US Small Business Admin**<br>**Jacksonville District Office**<br>**7825 Baymeadows Way**<br>**Suite 100B**<br>**Jacksonville, FL 32256** | Line **2.5** |
| **US Small Business Admin**<br>**Jacksonville District Office**<br>**7825 Baymeadows Way**<br>**Suite 100B**<br>**Jacksonville, FL 32256** | Line **2.6** |

**Fill in this information to identify the case:**

Debtor name __Axe Tactical, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,794.08** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred __2025__

Last 4 digits of account number __1003__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

**$10,794.08**

---

**3.2** Nonpriority creditor's name and mailing address
**Apple Debt Relief LLC**
**1508 Kings Way, Suite 2A**
**Brooklyn, NY 11229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MCA Settlement Company__

Is the claim subject to offset? ■ No ☐ Yes

**$7,544.62**

---

**3.3** Nonpriority creditor's name and mailing address
**Bill Johnson**
**50 N. Laura Street**
**Jacksonville, FL 32202**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Dispute from Sale__

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.4** Nonpriority creditor's name and mailing address
**Chase Bank**
**P.O. Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred __2025__

Last 4 digits of account number __6997__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$121,000.00**

| Debtor | **Axe Tactical, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,017.18** |
|---|---|---|---|

**IPFS**
**3522 Thomasville Road**
**Tallahassee, FL 32309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5106**

**Basis for the claim:**  **Insurance Financing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,200.00** |
|---|---|---|---|

**Lickety Split A/C, Plumbing**
**& Electric**
**14125 Beach Blvd**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,942.50** |
|---|---|---|---|

**Smith, Gambrell & Russell**
**PO Box 930930**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5009**

**Basis for the claim:**  **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,611.97** |
|---|---|---|---|

**Smith, Gambrell & Russell**
**PO Box 930930**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Stuart-Lipman and Associates**<br>**5447 E. 5th Street**<br>**Tucson, AZ 85711** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | **5106** |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **185,110.35** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **185,110.35** |

**Fill in this information to identify the case:**

Debtor name  **Axe Tactical, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Month-to-month lease of 18865 State Road 54, Jacksonville, Florida** | |
| State the term remaining | |
| List the contract number of any government contract | **Axe Capital Managment LLC**<br>**18865 SR 54**<br>**Lutz, FL 33558** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Payroll Service Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **EncoreHR EnterpriseHR**<br>**700 Central Avenue N**<br>**Suite 500**<br>**Saint Petersburg, FL 33701** |

**Fill in this information to identify the case:**

Debtor name _____ **Axe Tactical, LLC**

United States Bankruptcy Court for the: _____ MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Axe Capital Managment LLC** | **18865 SR 54 Lutz, FL 33558** | **First Bank of the Lake** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Axe Capital Managment LLC** | **18865 SR 54 Lutz, FL 33558** | **First Bank of the Lake** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Axe Capital Managment LLC** | **18865 SR 54 Lutz, FL 33558** | **Lickety Split A/C, Plumbing** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.4 | **Axe Tactical 2.0 LLC** | **5546 Drexel Rd Land O Lakes, FL 34638** | **C T Corporation System** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Axe Tactical 2.0 LLC** | **5546 Drexel Rd Land O Lakes, FL 34638** | **CHTD Company** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Axe Tactical, LLC** _____   Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                  *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | |
|---|---|---|---|---|
| 2.6 | **JMBA Tactical LLC** | **5546 Drexel Road Land O Lakes, FL 34638** | **C T Corporation System** | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Joseph Williams** | **7842 Land O Lakes Blvd Land O Lakes, FL 34638** | **Chase Bank** | ☐ D ____<br>■ E/F  __3.4__<br>☐ G ____ |
| 2.8 | **Joseph Williams** | **7842 Land O Lakes Blvd Land O Lakes, FL 34638** | **American Express** | ☐ D ____<br>■ E/F  __3.1__<br>☐ G ____ |
| 2.9 | **Joseph Williams** | **7842 Land O Lakes Blvd Land O Lakes, FL 34638** | **Smith, Gambrell & Russell** | ☐ D ____<br>■ E/F  __3.7__<br>☐ G ____ |
| 2.10 | **Joseph Williams** | **7842 Land O Lakes Blvd Land O Lakes, FL 34638** | **First Bank of the Lake** | ■ D  __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Joseph Williams** | **7842 Land O Lakes Blvd Land O Lakes, FL 34638** | **First Bank of the Lake** | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Joseph Williams** | **7842 Land O Lakes Blvd Land O Lakes, FL 34638** | **Bill Johnson** | ☐ D ____<br>■ E/F  __3.3__<br>☐ G ____ |
| 2.13 | **Joseph Williams** | **7842 Land O Lakes Blvd Land O Lakes, FL 34638** | **IPFS** | ☐ D ____<br>■ E/F  __3.5__<br>☐ G ____ |

| Debtor | **Axe Tactical, LLC** | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Joseph Williams** **7842 Land O Lakes Blvd** **Land O Lakes, FL 34638** | **Apple Debt Relief** **LLC** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.15 | **Joseph Williams** **7842 Land O Lakes Blvd** **Land O Lakes, FL 34638** | **The LCF Group, Inc** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.16 | **Joseph Williams** **7842 Land O Lakes Blvd** **Land O Lakes, FL 34638** | **Quick Bridge** **Funding LLC** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Joseph Williams** **7842 Land O Lakes Blvd** **Land O Lakes, FL 34638** | **Paladin Funding** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Joseph Williams** **7842 Land O Lakes Blvd** **Land O Lakes, FL 34638** | **Fox Funding Group** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Axe Tactical, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2026** to **Filing Date** | ■ Operating a business <br> ☐ Other  _____ | **$235,307.00** |
| **For prior year:** From  **1/01/2025** to **12/31/2025** | ■ Operating a business <br> ☐ Other  _____ | **$2,764,619.00** |
| **For year before that:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business <br> ☐ Other  _____ | **$4,290,736.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **Axe Tactical, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Countrywide Sports** **512 Townsend Ave** **High Point, NC 27263** | 12/31/25 - $29,517.14 2/12/26 - $24,324.70 3/2/2026 - $14,209.47 | $68,051.31 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Iron Valley Supply Company** **101 London Pkwy** **Birmingham, AL 35211** | 12/19/25 - $9,517.72 12/30/25 - $12,602.71 1/8/26 - $10,778.79 | $32,899.22 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **RSR Group** **4700 Amon Carter Blvd** **Fort Worth, TX 76155** | 12/19/25 - $35,918.91 1/9/26 - $31,389.25 1/17/2026 - $27,520.15 2/11/2026 - $45,128.92 2/17/2026 - $27,535.77 2/27/2026 - $33,797.84 \ 2/11/2026 - $45,128.92 | $201,290.84 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Silencer Shop** **1735 N Hwy 183** **Suite 200** **Leander, TX 78641** | 12/13/2025 - $410.00 12/20/2025 - $5,349.90 1/8/2026 - $10,172.10 3/5/2026 - $10,586.20 | $26,518.20 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Amchar Wholesale** **100 Air Park Dr** **Rochester, NY 14624** | 12/19/2025 - $2,142.35 1/8/2026 - $3,548.19 2/11/2026 - $13,161.23 2/27/2026 - $5,593.75 | $24,445.52 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Daniel Defense** **101 Warfighter Way** **Ellabell, GA 31308** | 1/8/26 - $7,780.00 3/4/26 - $7,780.00 | $15,560.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    Axe Tactical, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. Staccato 2011<br>1223 CR 233<br>Florence, TX 76527 | 11/21/25 -<br>$8,401.93 | $8,401.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Chase<br>PO Box 15298<br>Wilmington, DE 19850 | 01/16/26:<br>28,000<br>01/09/26:<br>8,300<br>01/07/26:<br>50,000<br>12/29/25:<br>9,500<br>12/29/25:<br>65,000<br>12/19/25:<br>10,000<br>12/18/25:<br>60,000<br>12/17/25:<br>3,000 | $233,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  credit card payments |
| 3.9. Knights LLC<br>701 Columbia Blvd<br>Titusville, FL 32780 | 2/23/2026 -<br>$11,627.28 | $11,627.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. Davidson Supply<br>6100 Wilkinson Drive<br>Prescott, AZ 86301 | 3/5/2026 -<br>$3,087.00<br>3/5/2026 -<br>$11,069.07 | $14,156.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | Axe Tactical, LLC | Case number *(if known)* | |
|---|---|---|---|

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | First Bank of the Lake v Axe Cap, Axe Tactical, and Joseph Williams<br>16-2024-CA-004983-AX | SBA Default | 4th Judicial Circuit, Duval County FL | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Fox Funding Group LLC v Axe Tactical LLC and Joseph Williams<br>CACE-24-018035 | MCA default | 17th Judicial Circuit, Broward County FL | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Paladin Funding Group v Axe Tactical LLC and Joseph Williams<br>020767/2024 | MCA Default | Supreme Court of the State of New York,<br>County of Monroe | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | THE LCF GROUP, INC. v. AXE TACTICAL LLC et al<br>604229/2025 | MCA Default | Nassau County Supreme Court, New York | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Quick Bridge Funding LLC v Axe Tactical LLC and Joseph Williams<br>30-2025-01480360-CU-BC-CJC | Business Loan Default | Superior Court of the State of CA<br>Orange County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Axe Tactical, LLC**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ford & Semach, P.A.**<br>**9301 W. Hillsborough Avenue**<br>**Tampa, FL 33615** | | **February 13, 2026** | **$22,000.00** |
| | Email or website address<br>**all@tampaesq.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor   **Axe Tactical, LLC**                                    Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank**<br>**23434 SR 54**<br>**Lutz, FL 33559** | **XXXX-6612** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2025** | **$2,549.57** |
| 18.2. | **Bank of America**<br>**21725 Village Lakes**<br>**Shopping Center Dr**<br>**Land O Lakes, FL 34639** | **XXXX-8513** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 4, 2025** | **$41.07** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Axe Tactical, LLC _____    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | Axe Tactical, LLC | Case number *(if known)* | |
|--------|-------------------|--------------------------|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1. | **Tailored Tax** **3331 Lake Saxon Drive** **Land O Lakes, FL 34639** | **2022-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Joseph Williams** | **Janaury 2, 2026** | **$230,193.55** **Inventory is kept in a POS system but its not able to be saved. It changes daily.** |
| | Name and address of the person who has possession of inventory records | | |
| | **None** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Joseph Williams** | **7842 Land O Lakes Blvd** **Land O Lakes, FL 34638** | **Managing Member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

Debtor **Axe Tactical, LLC** _____   Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Joseph Williams**<br>**7842 Land O Lakes Blvd**<br>**Land O Lakes, FL 34638** | **$96,000 in salary**<br>**$85,680 in draws**<br>**$132,739.39 in payment of personal expenses** | **12 months prior to the filing of the petition** | **Salary, draw, payment of personal expenses** |
| | Relationship to debtor<br>**Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **Axe Tactical, LLC**                                                Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March  6, 2026__

**/s/ Joseph Williams**                                    **Joseph Williams**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **Axe Tactical, LLC** _____    Case No. _____
                                  Debtor(s)    Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Williams**<br>**7842 Land O Lakes Blvd**<br>**Land O Lakes, FL 34638** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **March  6, 2026** _____    Signature   **/s/ Joseph Williams** _____
                                                                  **Joseph Williams**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Axe Tactical, LLC**　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　　**11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:　**March  6, 2026**　　　　　　　　　**/s/ Joseph Williams**　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　**Joseph Williams**/**Managing Member**
　　　　　　　　　　　　　　　　　　　Signer/Title

Axe Tactical, LLC
18865 SR 54
116
Lutz, FL 33558

Apple Debt Relief LLC
1508 Kings Way, Suite 2A
Brooklyn, NY 11229

Chase Bank
P.O. Box 6294
Carol Stream, IL 60197-6294

Corporation Service Company
As Representative
PO Box 2576
Springfield, IL 62708

First Bank of the Lake
4558 Osage Beach Pkwy #100
Osage Beach, MO 65065

IPFS
3522 Thomasville Road
Tallahassee, FL 32309

Quick Bridge Funding LLC
4380 La Jolla Village Drive
San Diego, CA 92122

Stuart-Lipman and Associates
5447 E. 5th Street
Tucson, AZ 85711

Buddy D. Ford, Esquire
Ford & Semach, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Bill Johnson
50 N. Laura Street
Jacksonville, FL 32202

CHTD Company
PO Box 2576
Springfield, IL 62708

CT Corporation System
330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203

First Bank of the Lake
 4558 Osage Beach Pkwy #100
Osage Beach, MO 65065

Lickety Split A/C, Plumbing
& Electric
14125 Beach Blvd
Jacksonville Beach, FL 32250

Quick Bridge Funding LLC
410 Exchange, Suite 150
Irvine, CA 92602

The LCF Group, Inc
3000 Marcus Avenue
Suite 2W15
New Hyde Park, NY 11042

American Express
P.O. Box 981535
El Paso, TX 79998-1535

C T Corporation System
330 N Brand Blvd., Suite 700
Glendale, CA 91203

Corporation Service Co
PO Box 2576
Springfield, IL 62708

Duval County Tax Collector
231 E. Forsyth Street
Room 130
Jacksonville, FL 32202

Fox Funding Group
803 S. 21st Ave.
Hollywood, FL 33020

Paladin Funding
333 W. Commercial Street
Suite 324
East Rochester, NY 14445

Smith, Gambrell & Russell
PO Box 930930
Atlanta, GA 31193

US Small Business Admin
Jacksonville District Office
7825 Baymeadows Way
Suite 100B
Jacksonville, FL 32256

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Axe Tactical, LLC** _____    Case No. _____

Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $        20,262.00 |
| Prior to the filing of this statement I have received | $        20,262.00 |
| Balance Due | $        0.00 |

2.  $  **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  6, 2026** _____    **/s/ Buddy D. Ford, Esquire**
_Date_    **Buddy D. Ford, Esquire 0654711**
    _Signature of Attorney_
    **Ford & Semach, P.A.**
    **9301 West Hillsborough Avenue**
    **Tampa, FL 33615-3008**
    **(813)877-4669  Fax: (813)877-5543**
    **All@tampaesq.com**
    _Name of law firm_