# United States Bankruptcy Court
## Middle District of Florida

In re  **Axe Tactical, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Axe Tactical, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 6, 2026**  
Date

**/s/ Buddy D. Ford, Esquire**  
**Buddy D. Ford, Esquire 0654711**  
Signature of Attorney or Litigant  
Counsel for **Axe Tactical, LLC**  
**Ford & Semach, P.A.**  
**9301 West Hillsborough Avenue**  
**Tampa, FL 33615-3008**  
**(813)877-4669 Fax:(813)877-5543**  
**All@tampaesq.com**