**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Jacksonville Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| AXE TACTICAL LLC, | Case No.: 3:26-bk-00935 |
| _____Debtor._____/ | |

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

**COMES NOW** AXE TACTICAL LLC (the "**Debtor**") by and through its undersigned attorney, and files this Chapter 11 Case Management Summary, pursuant to Local Rule 2081-1(b), as follows:

1. **Order for Relief**:

    On March 6, 2026 (the "**Petition Date**"), the Debtor filed its Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). Accordingly, pursuant to Bankruptcy Code §§1107(a) and 1108, the Debtor is operating its business and managing its affairs as a Debtor-in-possession.

2. **Related Case(s)**:

    | Name(s) | Case Number(s) | Date of Filing |
    |---|---|---|
    | Axe Capital Management LLC | 8:26-bk-01054-CED | 02/11/2026 |

3. **Description of Debtor's business:**

    The Debtor is a firearm retailer and gun range in Jacksonville, Florida which operates under the name "Gun Gallery." Gun Gallery opened in 1993; however, the Debtor did not acquire Gun Gallery until 2022.

4. **Locations of Debtor's operations and whether leased or owned:**

    As of the Petition Date, the Debtor operates from 10268 Beach Boulevard, Jacksonville, Florida which is owned by an affiliate, Axe Capital, LLC,

5. **Reasons for filing Chapter 11:**

In 2022, the Debtor's principal closed on a transaction to acquire the Gun Gallery in Jacksonville, Florida. At or around the closing of the sale, the Debtor's principal established two separate entities: the Debtor to operate the Gun Gallery, and Axe Capital, LLC ("**Capital**") to own the underlying real estate. It was always the intent of the Debtor, Capital, and the Debtor's principal that Tactical would make all payments owed by the Debtor. However, the Debtor saw a substantial decline in revenue as consumers' disposable incomes decreased at the conclusion of the COVID-19 lockdowns. Since Gun Gallery's purchase price – and consequently the debt financing the transaction – had been based on inflated COVID-19 lockdown revenue, the Debtor no longer has the financial ability to debt service the Debtor's obligations. As a result, the Debtor filed the instant bankruptcy case.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during one (1) year prior to filing:**

| Name | Title | Interest | Compensation |
|---|---|---|---|
| Joseph Williams | Managing Member | 100% | $96,000.00 in salary<br>$83,180.00 in draws<br>$132,739.39 in payment of personal expenses |

7. **Debtor's annual gross revenues:**

| | |
|---|---|
| 2024 | $4,290,736.00 |
| 2025 | $2,764,619.00 |
| 2026 Year-to-date | $235,307.00 |

8. **Amounts owed to various classes of creditors:**

   a. Obligations owed to *priority* such as governmental creditors for taxes or individuals for wages:

| **Identity** | **amounts owed** |
|---|---|
| None | None |
| **TOTAL** | **None** |

   b. Identity, collateral, and amounts owed to **secured** creditors:

| Identity | Collateral | amounts owed |
|---|---|---|
| C T Corporation System | Blanket lien on Debtor's assets | Unknown |
| CHTD Company | Blanket lien on Debtor's assets | Unknown |
| Corporation Service Company | Blanket lien on Debtor's assets | Unknown |
| Duval County Tax Collector | Various personal property of the Debtor (tangible taxes) | $3,393.63 |
| First Bank of the Lake | Blanket lien on Debtor's assets | $1,281,138.58 |
| First Bank of the Lake | Blanket lien on Debtor's assets | $250,000.00 |
| First Bank of the Lake | Blanket lien on Debtor's assets | $1,935,368.27 |
| Fox Funding Group | Blanket lien on Debtor's assets | $108,611.24 |
| Paladin Funding | Blanket lien on Debtor's assets | $98,879.00 |
| Quick Bridge Funding LLC | Blanket lien on Debtor's assets | $206,411.00 |
| The LCF Group, Inc. | Blanket lien on Debtor's assets | $416,503.38 |
| | **TOTAL** | **$4,300,305.10** |

c.  Amount of *unsecured* claims:

| Identity | amounts owed |
|---|---|
| Purchases; Credit; Services; Advertisement; Loans; Deficiencies; Payment arrearages; etc. | $185,110.5 |
| **TOTAL** | **$185,110.5** |

9. **General description and approximate value of the Debtor's current and fixed assets:**

| Description | Approx. Value |
|---|---|

| | |
|---|---|
| Month-to-month lease of 18865 State Road 54 | Unknown |
| Cash on hand | $400.00 |
| Checking account at Suncoast Credit Union (xxxx1822) | $34,115.39 |
| Security deposit with JEA in the amount of $3,030 | Unknown |
| Retail inventory | $230,193.55 |
| Office furniture and equipment | $3,145.00 |
| Trademark for "Gun Gallery" | Unknown |
| d/b/a Gun Gallery | Unknown |
| Website: www.gungalleryjax.com | Unknown |
| Federal Firearms License | Unknown |
| **TOTAL** | **$267,853.94** |

10. Number of employees and amount of wages owed as of Petition date:

    As of the Petition Date, the Debtor has seventeen (17) employees. Pre-petition wages are not owed.

11. Status of Debtor's payroll and sales tax obligations, if applicable:

    There were no payroll taxes due as of the date of filing the Petition. There were no sales tax obligations as of the date of the petition. There were no unemployment compensation obligations due as of the date of the petition.

12. Anticipated emergency relief to be requested within fourteen (14) days from the petition date:

    Motion to Use Cash Collateral
    Application Fixing Salary of Officer

13. Anticipated strategic objectives:

    The Debtor anticipates negotiating with First Bank of the Lake concerning a restructuring of the current debt structure to an amount that the Debtor can debt service.

**RESPECTFULLY SUBMITTED** on this 6th day of March 2026.

        FORD& SEMACH, P.A.,

        /s/ Jonathan A. Semach
        Buddy D. Ford, Esquire (FBN: 0654711)
        Email: Buddy@tampaesq.com
        Jonathan A. Semach, Esquire (FBN: 0060071)
        Email: Jonathan@tampaesq.com
        Heather M. Reel, Esquire (FBN: 0100357)
        Email: Heather@tampaesq.com
        9301 West Hillsborough Avenue
        Tampa, Florida 33615-3008
        Telephone #: (813) 877-4669
        Office Email: All@tampaesq.com
        Attorney for Debtor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 6th day of March 2026, a true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case by the Court's CM/ECF.

        /s/ Jonathan A. Semach
        Jonathan A. Semach, Esquire (FBN: 0060071)
        Email: Jonathan@tampaesq.com